1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENZO VASQUEZ FEAL,** | Case No. 5:23-cv-05077-EKL |
| Plaintiff, | [PROPOSED] ORDER |
| **v.** | |
| **T. ALLEN, et al.,** | |
| Defendants. | |

   Plaintiff Lorenzo Vasquez Feal and Defendants Sandquist, Martinez Jr., Palacios, and Jimenez (collectively, the parties) have resolved this case in its entirety.  Accordingly, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party will bear its own litigation costs and attorney's fees.

Dated:   January 9, 2025

_____
The Honorable Eumi K. Lee

1